**UNITED STATES DISTRICT COURT**

**CENTRAL DISTRICT OF CALIFORNIA**

| DILPREET LNU, | Case No. 5:26-cv-01271-JLS-AJR |
|---|---|
| Petitioner, | |
| v. | **ORDER ACCEPTING FINDINGS, CONCLUSIONS AND RECOMMENDATIONS OF UNITED STATES MAGISTRATE JUDGE** |
| WARDEN DESERT VIEW FACILITY, ET AL., | |
| Respondents. | |

Pursuant to 28 U.S.C. § 636, the Court has reviewed the Verified Petition for Habeas Corpus, all the records and files herein, and the Report and Recommendation of the United States Magistrate Judge. The deadline to file objections has passed and no objections have been received. Accordingly, the Court accepts and adopts the findings, conclusions, and recommendations of the Magistrate Judge.

IT IS ORDERED that the Petition is GRANTED. Respondents shall immediately release Petitioner from custody on his prior Order of Release on Recognizance and immediately return any confiscated property and documents to Petitioner. Respondents shall not re-detain Petitioner without providing at least seven (7) days' notice and a pre-deprivation bond hearing before an Immigration Judge at which the Government bears the

burden of proof to show by clear and convincing evidence that Petitioner is a flight risk or a danger to the community and that no condition or combination of conditions could reasonably assure Petitioner's future appearance and/or the safety of the community (for the avoidance of doubt, the Immigration Judge must conduct an individualized assessment of Petitioner's suitability for bond in light of the forgoing standard).  The Court concludes that Petitioner is not subject to mandatory detention under 8 U.S.C. § 1225(b)(2). Respondents shall file a notice of compliance within twenty-four hours of the entry of Judgment.

IT IS FURTHER ORDERED that the Clerk serve copies of this Order and the Judgment herein on Petitioner at the current address of record, as well as all Respondents.

LET JUDGMENT BE ENTERED ACCORDINGLY.

DATED:  April 24, 2026

HON. JOSEPHINE L. STATON
UNITED STATES DISTRICT JUDGE